IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SAMANTHA ZAMORA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:16-CV-05028-RK |
| | ) |
| STELLAR MANAGEMENT GROUP, INC. | ) |
| D/B/A QUALITY SERVICE INTEGRITY, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2016, the foregoing *Defendant's Responses to Plaintiff's First Request for Production of Documents to Defendant Stellar Management Group, Inc.* and *Defendant's Answers to Plaintiff's First Interrogatories to Defendant Stellar Management Group, Inc.* were served, via First Class Mail, postage prepaid, to counsel for Plaintiff, Andrew Buchanan and Charles Buchanan, 1105 E. 32nd St., Ste. 5, Joplin, MO 64802-1582.

                                                TAYLOR, STAFFORD, CLITHERO,
                                                FITZGERALD & HARRIS, LLP

                                          By    /s/Lance A. Roskens
                                                Lance A. Roskens
                                                Missouri Bar No. 59408
                                                lroskens@taylorstafford.com
                                                Nathan R. Taylor
                                                Missouri Bar No. 63286
                                                ntaylor@taylorstafford.com
                                                3315 E. Ridgeview, Suite 1000
                                                Springfield, MO 65804
                                                Tel: 417-887-2020
                                                Fax: 417-887-8431
                                                **COUNSEL FOR PLAINTIFF**