IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SAMANTHA ZAMORA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:16-CV-05028-RK |
| STELLAR MANAGEMENT GROUP, INC. D/B/A QUALITY SERVICE INTEGRITY, | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of September, 2016, the foregoing *Defendant's Supplemental Responses to Plaintiff's First Request for Production of Documents to Defendant Stellar Management Group, Inc.* were served, via First Class Mail, postage prepaid, to counsel for Plaintiff, Andrew Buchanan and Charles Buchanan, 1105 E. 32nd St., Ste. 5, Joplin, MO 64802-1582.

**TAYLOR, STAFFORD, CLITHERO, FITZGERALD & HARRIS, LLP**

By /s/Lance A. Roskens
Lance A. Roskens
Missouri Bar No. 59408
lroskens@taylorstafford.com
Nathan R. Taylor
Missouri Bar No. 63286
ntaylor@taylorstafford.com
3315 E. Ridgeview, Suite 1000
Springfield, MO 65804
Tel: 417-887-2020
Fax: 417-887-8431
**COUNSEL FOR PLAINTIFF**