IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| SAMANTHA ZAMORA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-05028-CV-SW-RK |
| | ) | |
| STELLAR MANAGEMENT GROUP, INC., D/B/A QUALITY SERVICE INTEGRITY; AND STELLAR MANAGEMENT GROUP III, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 13, 2016, this case came before the Court for a telephone conference on a discovery dispute. Defendants request that Plaintiff be barred from using the deposition of Jose Lopez a/k/a Jose Danilo Lopez Perez a/k/a Frank Banda, III a/k/a Ronnie Rodriguez ("Jose Lopez"), or be ordered to reproduce him, with an interpreter, and also request that Plaintiff be required to pay those attorney fees and costs incurred by Defendants. During the telephone conference, the Court directed the parties to submit Plaintiff's witness Jose Lopez's deposition transcript via email to review the nature of the dispute before issuing a ruling. After review of this transcript, the Court orders as follows:

1. Defendants' request that Plaintiff reproduce Jose Lopez for deposition is GRANTED in part insofar as Plaintiff is directed to re-produce Jose Lopez with an interpreter for one additional hour of cross examination by Defendants' counsel. For this additional hour, Defendants shall provide and fund the interpreter. Defendants are also precluded from propounding further questions regarding the witness's family members, including their location, work status and legal status within the United States.

2. In light of the Court's ruling that Jose Lopez be re-produced, Defendants' request to bar the use of the deposition of Jose Lopez and that Plaintiff be required to pay attorney's fees and costs incurred by Defendant is premature and therefore DENIED without prejudice.

3. For the remainder of discovery, the Court directs the parties to provide all known aliases for individuals who are or may become witnesses.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 18, 2016