IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

SAMANTHA ZAMORA                                PLAINTIFF

VS.                    CASE NO. 3:16-CV-05028-RK

STELLAR MANAGEMENT GROUP, INC.,
D/B/A QUALITY SERVICE INTEGRITY                DEFENDANT


ORAL VIDEOTAPED DEPOSITION

OF

DAVID DELEON


(Taken September 23rd, 2016, at 12:45 p.m.)

EXHIBIT 2

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com    Phone: 1.800.280.DEPO(3376)    Fax: 314.644.1334

1  days after you were terminated?
2  A   Yes.  Thursday to Thursday, and then on Monday, I
3  went personally.
4  Q   Did you ever speak with Samantha about the
5  lawsuit?
6  A   I did.
7  Q   And when was the first time you talked to her
8  about it?
9  A   Let me see.  Maybe a couple of days later.
10           MR. BUCHANAN:  Can we take a break?
11           VIDEOGRAPHER:  We're off the record at
12      2:36.
13           (WHEREUPON, after a break was taken,
14      the proceeding resumed as follows, to wit:)
15           VIDEOGRAPHER:  We're back on the record
16      at 2:44.  This is the beginning of tape two.
17  BY MR. ROSKENS:
18  Q   David, has Samantha or her husband ever sent you
19  any text messages, or Facebook messages, or emails?
20  A   Through text.
21  Q   Was it -- was it her husband or was it Samantha
22  that sent you those house?
23  A   Samantha.
24  Q   When did Samantha first text message you, if you
25  know?

1  A  Maybe about May -- May or June -- late May, June.

2  Q  Do you still have those text messages?

3  A  No.

4  Q  You have your phone with you today, don't you?

5  A  Yes.

6  Q  Have you checked your phone to see if you still

7  have text messages from Samantha Zamora?

8  A  Maybe on my other phone. I have two phones.

9  Q  You have two phones?

10 A  Yes.

11 Q  Why do you have two phones?

12 A  Because I want to have two phones.

13 Q  So the phone you have with you now is not the

14 phone number that Samantha called you on?

15 A  Yeah. It was on another one. I can give you my

16 other phone number.

17 Q  What is the number of the phone you have with you

18 right now?

19 A  (479) 295-0688.

20 Q  And what is the phone number of the other one?

21 A  Area code (501) 366-6897.

22 Q  6697?

23 A  6897. Let me just be in detail. (Witness

24 looking in billfold.) My dad left me a lawn business.

25 So the 501, it was when he had his business. So he

1   left me his phone, but I paid for it.  This is -- if
2   you want to see my business card, the 501 number is
3   here.  It has my name and all that, so . . .
4   Q   (Reviewing document that was handed to him by
5   witness.)  Seasonal Services?
6   A   Yes.  My dad, back in the day.
7   Q   Where is that located?
8   A   Well, when this area -- back when it was 501,
9   that's how long my dad had his business.  So he's had
10  it for a while, but gave it to me.  I just, every now
11  and then, do jobs from the -- lone customers he had.
12  Q   Why did you give Samantha that phone number as
13  opposed to the phone number of the phone that you
14  carry with you?
15  A   At the time, I gave her that one.  That wasn't a
16  specific, I had to give her both or one.  I decided to
17  give her that one.
18  Q   Do you still have that other phone?
19  A   Yes.  It's -- it's hooked up through Verizon.
20  Q   Do you have it here with you today?
21  A   No.  I don't have it with me.
22  Q   Would you be willing to produce the text messages
23  between you and Samantha?
24  A   Yes.
25  Q   During the text message exchanges, did you and